# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# NORTHERN DIVISION

| | |
|---|---|
| In the Matter of the Complaint of DAVID ATKINSON and DAVID ATKINSON d/b/a ALLSTAR MARINE & POWERSPORTS, Owner of a 2019 Sea-Doo Fish Pro with Hull Identification No. YDV10275L819 For Exoneration From or Limitation of Liability,<br><br>                          Plaintiff. | Case No.  21-cv-00044<br><br>Hon. Paul L. Maloney<br><br>In Admiralty |

## MOTION FOR ENTRY OF DEFAULT AND JUDGMENT BY DEFAULT AS TO ALL NON-FILING POTENTIAL CLAIMANTS

Plaintiff, DAVID ATKINSON and DAVID ATKINSON d/b/a ALLSTAR MARINE & POWERSPORTS (collectively "Plaintiff"), Owner of a 2019 Sea-Doo Fish Pro with Hull Identification No. YDV10275L819 ("the Vessel"), by his attorneys, Robert L. Reeb and Shari L. Friedman of Marwedel, Minichello & Reeb, P.C. and Paul D. Galea and Adam P. Sadowski of Gallagher Sharp, LLP, for the reasons set forth herein and in Plaintiff's Supporting Brief, moves this Honorable Court for the entry of an Order entering the default of, and default judgment against, all non-filing potential claimants in this action, and in support thereof, state as follows:

1. Plaintiff filed his Complaint for Exoneration From or Limitation of Liability on March 9, 2021 (ECF # 1).

2. On March 16, 2021, this Court entered an Order which directed the issuance of notice of the complaint; approved the Ad Interim Stipulation for Value; approved the Stipulation of Costs; and ordered monition and injunctive relief restraining the prosecution of claims. (ECF # 9).

3. Pursuant to said Order and Rule F(4) of the of the Supplemental Rules for Certain Admiralty and Maritime Claims, Plaintiff provided the required published and mailed notice directing all persons and entities asserting any claims against the Plaintiff or the Vessel arising out of an incident that occurred on July 25, 2020, in which William Atkinson, son of the Plaintiff, was operating the Vessel on the St. Mary's River near Harvey Marina, when it collided with a pontoon boat, to file their claims on or before May 24, 2021, or be defaulted (ECF ## 9 and 10 (Notice)).

4. On May 19, 2021, Jacquelyn Plastino, Chad Plastino, Heidi Rintamaki and Bryan Rintmaki  filed an Answer and Affirmative Defenses to the Complaint (ECF #14) and a Claim (titled "Counterclaim) (ECF # 13).  No other claims and/or answers to the Complaint of Plaintiff have been filed, nor has any other claimant filed an appearance in this action.

5. As Plaintiff gave proper notice to all known potential claimants through publication and mail, and the time for filing claims expired on May 24, 2021, all persons and entities who have not filed claims should be defaulted and forever barred from filing a claim or action against Plaintiff and/or the Vessel arising out of or incurred by reason of the incident occurring on July 25, 2020.

6. Judgment in favor of the vessel owner against all properly noticed potential claimants who have not timely filed a claim is the appropriate remedy once the time for filing claims specified in the notice has expired.  The time for filing claims has expired.

7. Notice has been given via this Court's ECF filing System to all persons who have filed an appearance in this action.

8 A copy of a proposed Order is attached as Exhibit A.

**WHEREFORE**, Plaintiff, DAVID ATKINSON and DAVID ATKINSON d/b/a ALLSTAR MARINE & POWERSPORTS (collectively, "Plaintiff"), Owner of a 2019 Sea-Doo Fish Pro with Hull Identification No. YDV10275L819 ("the Vessel"),, requests the following relief:

      A.      That this Court enter an Order of Default as to all persons and entities that have or claim to have a claim against Plaintiff or the Vessel, as a result of the incident that occurred on July 25, 2020, as described hereinabove, and who have not filed a claim, appearance and/or answer to the Complaint in this action;

      B.      That this Court enter Judgment by Default in favor of Plaintiff and the Vessel, exonerating Plaintiff from all liability to all persons and entities that have or claim to have a claim against Plaintiff or the Vessel as a result of said incident that occurred on July 25, 2020, and who have not filed a claim, appearance and/or answer to the Complaint in this action; and

      C.      That Plaintiff be granted such other and further relief as this Honorable Court may deem just.

Dated this 21st day of June 2021.

                      Respectfully submitted,

                      /s/ Shari L. Friedman
                      Shari L. Friedman (6193095)
                      Robert L. Reeb (6198415)
                      MARWEDEL, MINICHELLO & REEB, P.C.
                      Attorneys for Plaintiff
                      303 W. Madison Street, Suite 1100
                      Chicago, IL 60606
                      (312) 902-1600 / (312) 902-9900 Fax
                      rreeb@mmr-law.com
                      sfriedman@mmr-law.com
                      ***Attorneys for Plaintiff, David Atkinson and David Atkinson d/b/a Allstar Marine & Powersports***

        Paul D. Galea (P29250)
        Adam P. Sadowski (P73864)
        GALLAGHER SHARP, LLP
        211 West Fort Street, Suite 660
        Detroit, MI 48226
        (313) 962-9160 / (313) 962-9167 Fax
        pgalea@gallaghersharp.com
        asadowski@gallaghersharp.com
        *Local Counsel for Plaintiff, David Atkinson and David Atkinson d/b/a Allstar Marine & Powersports*

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION**

| | |
|---|---|
| In the Matter of the Complaint of DAVID ATKINSON and DAVID ATKINSON d/b/a ALLSTAR MARINE & POWERSPORTS, Owner of a 2019 Sea-Doo Fish Pro with Hull Identification No. YDV10275L819 For Exoneration From or Limitation of Liability,<br><br>Plaintiff. | Case No.  21-cv-00044<br><br>Hon. Paul L. Maloney<br><br>In Admiralty |

**BRIEF IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT AND JUDGMENT BY DEFAULT AS TO ALL NON-FILING POTENTIAL CLAIMANTS**

Plaintiff, DAVID ATKINSON and DAVID ATKINSON d/b/a ALLSTAR MARINE & POWERSPORTS (collectively, "Plaintiff"), Owner of a 2019 Sea-Doo Fish Pro with Hull Identification No. YDV10275L819 ("the Vessel"), by his attorneys, Robert L. Reeb and Shari L. Friedman of Marwedel, Minichello & Reeb, P.C. and Paul D. Galea and Adam P. Sadowski of Gallagher Sharp, LLP, in further support his Motion for Entry of Default and Judgment By Default as to All Non-Filing Potential Claimants, submits the following Brief.

**PROCEDURAL BACKGROUND**

Plaintiff filed his Complaint for Exoneration From or Limitation of Liability on March 9, 2021 (ECF # 1).

On March 16, 2021, this Court entered an Order which directed the issuance of notice of the complaint; approved the Ad Interim Stipulation for Value; approved the Stipulation of Costs; and ordered monition and injunctive relief restraining the prosecution of claims (ECF # 9).  The Order provided that notice be issued directing all persons and entities asserting any claims

1

against the Plaintiff or the Vessel arising out of an incident that occurred on July 25, 2020, in which William Atkinson, son of the Plaintiff, was operating the Vessel on the St. Mary's River near Harvey Marina, when it collided with a pontoon boat, to file their claims on or before May 24, 2021, or be defaulted and forever barred from doing so (ECF ## 9 and 10 (Notice)).

Rule F(4) of the of the Supplemental Rules for Certain Admiralty and Maritime Claims provides:

> (4)    NOTICE TO CLAIMANTS. Upon the owner's compliance with subdivision (1) of this rule the court shall issue a notice to all persons asserting claims with respect to which the complaint seeks limitation, admonishing them to file their respective claims with the clerk of the court and to serve on the attorneys for the plaintiff a copy thereof on or before a date to be named in the notice. The date so fixed shall not be less than 30 days after the issuance of the notice. For cause shown, the court may enlarge the time within which claims may be filed. The notice shall be published in such newspaper or newspapers as the court may direct once a week for four successive weeks prior to the date fixed for the filing of claims. The plaintiff not later than the day of second publication shall also mail a copy of the notice to every person known to have made any claim against the vessel or the plaintiff arising out of the voyage or trip on which the claims sought to be limited arose. In cases involving death, a copy of such notice shall be mailed to the decedent at the decedent's last known address, and also to any person who shall be known to have made any claim on account of such death.

The Notice (ECF # 10), as directed by this Court and Supplemental Rule F(4), was duly published in the Muskegon County Legal News once a week for four consecutive weeks, commencing on March 26, 2021, and published thereafter on April 2, 9 and 16, 2021. A Publisher's Affidavit has previously been filed with the Court (ECF #12).

Pursuant to Supplemental Rule F(4), on April 1, 2021, Plaintiff mailed copies of the Notice of Complaint for Exoneration From or Limitation of Liability, and other pleadings and orders, to all persons and entities, and/or their attorneys, known to have asserted a claim, and known persons and entities who may have a claim against Plaintiff or the Vessel arising from the aforementioned incident from which the claims sought to be limited arose (ECF #11). Copies of

the Notice of Complaint for Exoneration From or Limitation of Liability, and other pleadings and orders, were mailed to the following:

Alecia Stephens
408 Carrie St.
Sualt Sainte Marie, MI 49783

Bryan Rintamaki
3195 Riverside Dr.
Sault Sainte Marie, MI 49783

Heidi Rintamaki
3195 Riverside Dr.
Sault Sainte Marie, MI 49783

Naye Cruz
1405 Kimball St.
Sault Sainte Marie, MI 49783-3239

Jacquelyn Plastino
221 Sheridan
Sault Sainte Marie, MI 49783

Bradley Harris, Esq.
Harris Altman Injury lawyers
30400 Telegraph, Ste. 470
Bingham Farms, MI 48025
Attorneys for Jacquelyn Plastino and Heidi Rintamaki

(ECF #11).

On May 19, 2021, Jacquelyn Plastino, Chad Plastino, Heidi Rintamaki and Bryan Rintmaki filed an Answer and Affirmative Defenses to the Complaint (ECF #14) and a Claim (titled "Counterclaim) (ECF # 13). No other claims and/or answers to the Complaint of Plaintiff have been filed, nor has any other claimant filed an appearance in this action.

## LEGAL ARGUMENT

Judgment in favor of the vessel owner "against all properly noticed potential claimants who have not timely filed a claim is the appropriate remedy once the time for filing claims

3

specified in the notice has expired." *In re Archer Daniels Midland Co.*, Case No. 18-cv-1131, 2019 U.S. Dist. LEXIS 172715 *3-4 (D. MN Oct. 4, 2019) citing *American River Transportation Co. v. United States*, 800 F.3d 428, 441 (8th Cir.)(Riley, J., concurring); see also *In re Honey Island Adventure, L.L.C.*, Case No. 16-6940, SECTION: "G"(5), 2016 U.S. Dist. LEXIS 200414 *9 (E.D. LA Aug. 2, 2016)(District courts routinely grant motions for default judgment in limitation of liability proceedings where persons were properly notified of the proceeding and failed to timely file a claim)(citations omitted).

Plaintiff gave proper notice to all known potential claimants through publication and mail, as noted above. The time for filing claims expired on May 24, 2021, and, according to the terms of the Notice, all persons and entities who have not filed claims should be defaulted and forever barred from filing a claim or action against Plaintiff and/or the Vessel arising out of or incurred by reason of the incident occurring on July 25, 2020.

Except for counsel who has filed an appearance in this action on behalf of the persons identified hereinabove, notice of this motion has been given for the reason that no other party or claimant has filed an appearance in this action or indicated an intention to file a claim and, therefore, no other party or claimant is entitled to notice of this motion for default. See *Kirby v. Memphis Security Co.*, Case No. 1:01-cv-151, 2003 U.S. Dist. LEXIS 19927 *16 (E.D. TN Nov. 5, 2003); *North Central lllinois Laborers' District Counsel v. S.J. Groves & Sons Co.*, 842 F.2d 164 (7th Cir. 1988).

**WHEREFORE**, Plaintiff, DAVID ATKINSON and DAVID ATKINSON d/b/a ALLSTAR MARINE & POWERSPORTS (collectively, "Plaintiff"), Owner of a 2019 Sea-Doo Fish Pro with Hull Identification No. YDV10275L819 ("the Vessel"),,  requests the following relief:

  A. That this Court enter an Order of Default as to all persons and entities that have or claim to have a claim against Plaintiff or the Vessel, as a result of the incident that occurred on July 25, 2020, as described hereinabove, and who have not filed a claim, appearance and/or answer to the Complaint in this action;

  B. That this Court enter Judgment by Default in favor of Plaintiff and the Vessel, exonerating Plaintiff from all liability to all persons and entities that have or claim to have a claim against Plaintiff or the Vessel as a result of said incident that occurred on July 25, 2020, and who have not filed a claim, appearance and/or answer to the Complaint in this action; and

  C. That Plaintiff be granted such other and further relief as this Honorable Court may deem just.

Dated this 21st day of June 2021.

            Respectfully submitted,

            /s/ Shari L. Friedman
            Shari L. Friedman (6193095)
            Robert L. Reeb (6198415)
            MARWEDEL, MINICHELLO & REEB, P.C.
            Attorneys for Plaintiff
            303 W. Madison Street, Suite 1100
            Chicago, IL 60606
            (312) 902-1600 / (312) 902-9900 Fax
            rreeb@mmr-law.com
            sfriedman@mmr-law.com
            ***Attorneys for Plaintiff, David Atkinson and David Atkinson d/b/a Allstar Marine & Powersports***

Paul D. Galea (P29250)
Adam P. Sadowski (P73864)
GALLAGHER SHARP, LLP
211 West Fort Street, Suite 660
Detroit, MI 48226
(313) 962-9160 / (313) 962-9167 Fax
pgalea@gallaghersharp.com
asadowski@gallaghersharp.com
*Local Counsel for Plaintiff, David Atkinson and David Atkinson d/b/a Allstar Marine & Powersports*

6

## CERTIFICATE OF SERVICE

      This is to certify that a copy of Plaintiff's MOTION FOR ENTRY OF DEFAULT AND JUDGMENT BY DEFAULT  AS TO ALL NON-FILING POTENTIAL CLAIMANTS, with Supporting Brief, was electronically filed with the Court on June 21, 2021.  Notice of this filing will be sent by operation of the Court's electronic case filing system to all persons who have filed an appearance, including:

Bradley Harris, Esq.
Harris Altman Injury lawyers
30400 Telegraph, Ste. 470
Bingham Farms, MI 48025
Attorneys for Jacquelyn Plastino, Chad Plastino, Heidi Rintamaki and Bryan Rintamaki

To the best of my knowledge, there are no parties or attorneys who have appeared in this action who require service by U.S. Mail.

                                                      /s/ Shari L. Friedman_____
                                                      Shari L. Friedman
                                                      MARWEDEL, MINICHELLO & REEB, P.C.

## CERTIFICATE OF COMPLIANCE PURSUANT TO LOCAL RULE 7.3(b)(ii)

The undersigned, an attorney, hereby certifies that the foregoing Brief In Support Of Motion For Entry Of Default And Judgment By Default As To All Non-Filing Potential Claimants contains 1252 words, excluding case caption, cover sheets, any table of contents, any table of authorities, the signature block, attachments, exhibits, affidavits, certificate of service, and other addenda. The word processing software used to generate the word count is Office 365 WORD.

    /s/ Shari L. Friedman\
    Shari L. Friedman\
    Marwedel, Minichello & Reeb, P.C.